USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/04/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE J. MERMAN TRUST, et al.,

Plaintiffs,

-v-

ALCHEMY PROPERTIES INC., et al.,

Defendants.

25-cv-06242 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On March 16, 2026, Third-Party Defendant Cookfox Architects, DPC filed a motion to dismiss the third-party complaint against it pursuant to Federal Rule of Civil Procedure 12(b)(3) and under the doctrine of *forum non conveniens*. Dkt. No. 107. The motion is based on a forum selection clause giving the Supreme Court of the State of New York, County of New York, exclusive jurisdiction of claims or disputes between the parties. See Dkt. No. 110 at 3-4. No response has been filed to the motion. Third-Party Plaintiffs are directed to show cause no later than November 11, 2026, why the third-party complaint against Cookfox Architects, DPC should not be dismissed without prejudice pursuant to the doctrine of *forum non conveniens*.

SO ORDERED.

Dated: November 4, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge