USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_______________
DATE FILED: 11/20/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

THE J. MERMAN TRUST, et al.,

Plaintiffs,

-v-

ALCHEMY PROPERTIES INC., et al.,

Defendants.

---------------------------------------------------------------------X

25-cv-06242 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On November 20, 2026, the Court received an email from Anatoly Lednyak, President of ALED Technologies, Inc ("ALED"). The email copies Plaintiffs' counsel and is written in response to the Court's order of November 16, 2026, requiring ALED to respond to Plaintiffs' motion for ALED to be held in contempt for its failure to comply with a third-party subpoena. Dkt. Nos. 174, 175. The email suggests that ALED did not intend to violate the Court's order issuing the subpoena and that it has now complied with the subpoena. The email further suggests that ALED had a limited role in the events underlying this case. Plaintiffs are asked to provide an update to the Court by December 2, 2026, that addresses whether Plaintiffs have been able to meet and confer with ALED and whether the Court may dismiss the motion for contempt at Dkt. No. 174 as moot. Counsel for Plaintiffs shall serve a copy of this order on ALED and shall file proof of service on the docket.

SO ORDERED.

Dated: November 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge